# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Nathan Snell,
on behalf of himself and other
similarly situated individuals,

Case No. 0:18-cv-02438-JNE- ECW

                Plaintiff,     **(PROPOSED) ORDER**

v.

S&F Communications, Inc.,
Sophie Gabler, and
Fernando Huerta,
                Defendants.

---

On [date], the above matter came before the undersigned in St. Paul, Minnesota upon the parties' Joint Motion (Docket No. ##) for Final Settlement Approval.

The Court, based upon all of the files, records, and proceedings herein, now makes and enters the following Order:

- Plaintiffs' Complaint will be dismissed in its entirety conditioned on the satisfactory enactment of all relevant terms of the Settlement Agreement (Docket No.##) approved by this court on [date] (Docket No. ##).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: _____                                          _____
                                                            JOAN N. ERICKSEN
                                                            United States District Judge