UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nathan Snell, on behalf of himself
and other similarly situated
individuals,

   Plaintiff,

v.                Case No. 18-cv-2438 (JNE/ECW)
                 AMENDED ORDER
S&F Communications, Inc., Sophie
Gabler, and Fernando Huerta,

   Defendants.

   This action is before the Court on the parties' Joint Motion for Settlement Approval. The Court finds that the parties' settlement is a fair, adequate, and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, and that Plaintiffs' attorneys' fees and costs are reasonable. The Court approves the settlement, grants the parties' joint motion, and dismisses this action.

   Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

   1.  The Joint Motion for Settlement Approval [ECF No. 33] is GRANTED.

   2.  Plaintiffs' counsel is authorized to issue the Revised Notice of Settlement in Collective Action Lawsuit, attached to this Order.

   3.  Defendant shall pay the total settlement amount in the manner and subject to the conditions set forth in the settlement agreement.

4. This action is DISMISSED WITH PREJUDICE.

5. The Court retains jurisdiction to enforce the parties' settlement agreement.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 23, 2019

                                                          s/ Joan N. Ericksen
                                                          JOAN N. ERICKSEN
                                                          United States District Judge